1  QUIN DENVIR, Bar #49374
   Federal Defender
2  MARK J. REICHEL, Bar #155034
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JESUS VAZQUEZ

6

7
                 IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,      )
11                                 ) NO. CR.S-04-280-FCD
                    Plaintiff,     )
12                                 )
        v.                         )
13                                 )   **STIPULATION AND ORDER;**
                                   )     **EXCLUSION OF TIME**
14                                 )
   JESUS VAZQUEZ, et al.,          )
15                                 ) Date: May 31, 2005
                    Defendant.     ) Time: 9:30 a.m.
16 _____   Judge: Hon. Frank C. Damrell

17      IT IS HEREBY STIPULATED by and between the parties hereto through

18 their respective counsel, WILLIAM WONG, Assistant United States

19 Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal

20 Defender, SHARI  RUSK, ESQ, MICHAEL E. HANSEN, ESQ., attorneys for all

21 Defendants, that the status conference hearing date of May 16, 2005

22 shall be vacated and a status conference scheduled for May 31, 2005 at

23 9:30 a.m.

24      This continuance is requested as defense counsel needs additional

25 time to review discovery with the defendant, to examine possible

26 defenses and to continue investigating the facts of the case.

27      Accordingly, all counsel and the defendant agree that time under

28 Stip and Order

1   the Speedy Trial Act from the date this stipulation is lodged, through

2   May 31, 2005, should be excluded in computing the time within which

3   trial must commence under the Speedy Trial Act, pursuant to Title 18

4   U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

5   DATED:  May 13, 2005.                  Respectfully submitted,

6                                          QUIN DENVIR
                                           Federal Public Defender
7

8
    DATED:  May 13, 2005.                  /s/ MARK J. REICHEL for
9                                          MARK J. REICHEL
                                           Assistant Federal Defender
10                                         Attorney for Jesus Vazquez

11

12                                         /s/ MARK J. REICHEL for
                                           SHARI RUSK
13                                         Attorney for Defendant
                                           Marco Antonio Vargas
14

15
                                           /s/ MARK J. REICHEL for
16                                         MICHAEL HANSEN
                                           Attorney for Defendant
17                                         Juan David Hernandez

18

19
                                           McGREGOR SCOTT
20                                         United States Attorney

21

22  DATED:  May 13, 2005.                  /s/ MARK J. REICHEL for
                                           WILLIAM WONG
23                                         Assistant U.S. Attorney
                                           Attorney for Plaintiff
24

25

26

27

28

    Stip and Order                              2

1

2

### O R D E R

3
   **IT IS SO ORDERED.**   Time is excluded in the interests of justice

4
pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

5

6
DATED: May 13, 2005                        /s/ Frank C. Damrell Jr.
                                        FRANK C. DAMRELL JR.
                                        United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip and Order                          3