QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS VAZQUEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-04-280-FCD |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER;** |
| | ) | **EXCLUSION OF TIME** |
| JESUS VAZQUEZ, et al., | ) | Date: June 13, 2005 |
| Defendant. | ) | Time: 9:30 a.m. |
| _____ | | Judge: Hon. Frank C. Damrell |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, SHARI RUSK, ESQ, MICHAEL E. HANSEN, ESQ., attorneys for all Defendants, that the status conference hearing date of May 31, 2005 shall be vacated and a status conference scheduled for June 13, 2005 at 9:30 a.m.

This continuance is requested as defense counsel needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. Also, Mr. Reichel will be out of town for training the week on the 31st. and Ms. Rusk is due to deliver a baby the same week.

1    Accordingly, all counsel and the defendant agree that time under

2  the Speedy Trial Act from the date this stipulation is lodged, through

3  May 31, 2005, should be excluded in computing the time within which

4  trial must commence under the Speedy Trial Act, pursuant to Title 18

5  U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

6  DATED:  May 26, 2005.              Respectfully submitted,

7                                      QUIN DENVIR
                                       Federal Public Defender
8

9
   DATED:  May 26, 2005.              /s/ MARK J. REICHEL for
10                                     MARK J. REICHEL
                                       Assistant Federal Defender
11                                     Attorney for Jesus Vazquez

12

13                                     /s/ MARK J. REICHEL for
                                       SHARI RUSK
14                                     Attorney for Defendant
                                       Marco Antonio Vargas
15

16
                                       /s/ MARK J. REICHEL for
17                                     MICHAEL HANSEN
                                       Attorney for Defendant
18                                     Juan David Hernandez

19

20
                                       McGREGOR SCOTT
21                                     United States Attorney

22

23  DATED:  May 26, 2005.              /s/ MARK J. REICHEL for
                                       WILLIAM WONG
24                                     Assistant U.S. Attorney
                                       Attorney for Plaintiff
25

26

27

28

Stip and Order                    2

1
2
**O R D E R**
3

    That the status conference hearing date of May 31, 2005 shall be
4
vacated and a status conference scheduled for June 13, 2005 at 9:30
5
a.m.  Time is excluded in the interests of justice pursuant to 18
6
U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.
7
**IT IS SO ORDERED**
8
DATED: May 26, 2005                    /s/ Frank C. Damrell Jr.
9                                       FRANK C. DAMRELL JR.
                                        United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip and Order                    3