QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS VAZQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                ) <br>            Plaintiff,          )<br>                                )<br>     v.                         )<br>                                )<br>                                )<br>                                )<br>JESUS VAZQUEZ, et al.,          )<br>                                )<br>            Defendant.          )<br>_____ | NO. CR.S-04-280-FCD<br><br><br><br>**STIPULATION AND ORDER;**<br>**EXCLUSION OF TIME**<br><br>Date: June 27, 2005<br>Time: 9:30 a.m.<br>Judge: Hon. Frank C. Damrell |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, SHARI  RUSK, ESQ, MICHAEL E. HANSEN, ESQ., attorneys for all Defendants, that the status conference hearing date of June 14, 2005 shall be vacated and a status conference scheduled for June 27, 2005 at 9:30 a.m.

This continuance is requested as all defense counsel needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

June 27, 2005, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: June 13, 2005.                    Respectfully submitted,

                                         QUIN DENVIR
                                         Federal Public Defender


DATED: June 13, 2005.                    /s/ MARK J. REICHEL for
                                         MARK J. REICHEL
                                         Assistant Federal Defender
                                         Attorney for Jesus Vazquez


                                         /s/ MARK J. REICHEL for
                                         SHARI RUSK
                                         Attorney for Defendant
                                         Marco Antonio Vargas


                                         /s/ MARK J. REICHEL for
                                         MICHAEL HANSEN
                                         Attorney for Defendant
                                         Juan David Hernandez



                                         McGREGOR SCOTT
                                         United States Attorney


DATED: June 13, 2005.                    /s/ MARK J. REICHEL for
                                         WILLIAM WONG
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

**O R D E R**

The status conference hearing date of June 14, 2005 shall be vacated and a status conference scheduled for June 27, 2005 at 9:30 a.m. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

DATED: June 13, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge

3