QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS VAZQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-04-280-FCD |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER;** |
| | ) | **EXCLUSION OF TIME** |
| JESUS VAZQUEZ, et al., | ) | |
| Defendant. | ) | Date: July 25, 2005 |
| | | Time: 9:30 a.m. |
| | | Judge: Hon. Frank C. Damrell |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, SHARI RUSK, ESQ, MICHAEL E. HANSEN, ESQ., attorneys for all Defendants, that the status conference hearing date of June 27, 2005 shall be vacated and a status conference scheduled for July 25, 2005 at 9:30 a.m.

This continuance is requested as all defense counsel need additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

July 25, 2005, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED:   June 24, 2005.                    Respectfully submitted,

                                           QUIN DENVIR
                                           Federal Public Defender


DATED:   June 24, 2005.                    /s/ MARK J. REICHEL for
                                           MARK J. REICHEL
                                           Assistant Federal Defender
                                           Attorney for Jesus Vazquez


                                           /s/ MARK J. REICHEL for
                                           SHARI RUSK
                                           Attorney for Defendant
                                           Marco Antonio Vargas


                                           /s/ MARK J. REICHEL for
                                           MICHAEL HANSEN
                                           Attorney for Defendant
                                           Juan David Hernandez



                                           McGREGOR SCOTT
                                           United States Attorney


DATED:   June 24, 2005.                    /s/ MARK J. REICHEL for
                                           WILLIAM WONG
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff

2

# O R D E R

**IT IS SO ORDERED.**  The status conference hearing date of June 27, 2005 shall be vacated and a status conference scheduled for July 25, 2005 at 9:30 a.m. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.


DATED: June 24, 2005                    /s/ Frank C. Damrell Jr.
                                        FRANK C. DAMRELL JR.
                                        United States District Judge

3