Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711 FAX 916.438.7721

Attorney for Defendant
JUAN DAVID HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JUAN DAVID HERNANDEZ, et al,<br><br>　　　　　　Defendants. | No. CR S-04-0280 FCD<br><br>STIPULATION AND ORDER;<br>EXCLUSION OF TIME<br><br>Date: July 25, 2005<br>Time: 9:30 a.m.<br>Hon. Frank C. Damrell, Jr. |

 IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, MICHAEL E. HANSEN, attorney for Defendant HERNANDEZ, MARK J. REICHL, attorney for Defendant VASQUEZ, SHARI RUSK, attorney for Defendant VARGAS, that the previously scheduled status conference hearing date of July 25, 2005 be vacated and the matter set for status conference on August 29, 2005 at 9:30 a.m.

 This continuance is requested to allow defense counsel time to evaluate plea agreements and research sentencing issues. Also, counsel for defendant Hernandez is currently in jury trial in Sacramento County Superior Court.

 Accordingly, all counsel and defendants agree that time under the Speedy Trial Act from the date this stipulation is lodged, through August 29, 2005, should be excluded in

1  computing time within which trial must commence under the Speedy Trial Act, pursuant to
2  Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

3                                         Respectfully submitted,

4  Dated: July 21, 2005

    /s/ Michael E. Hansen
5   MICHAEL E. HANSEN
    Attorney for Defendant
6   JUAN DAVID HERNANDEZ

7  Dated: July 21, 2005

    /s/ Michael E. Hansen for
8   MARK J. REICHL
    Attorney for Defendant
9   JESUS VASQUEZ

10

11 Dated: July 21, 2005

    /s/ Michael E. Hansen for
12  SHARI RUSK
    Attorney for Defendant
13  MARCO ANTONIO VARGAS

14

15 Dated: July 21, 2005

    /s/ Michael E. Hansen for
    WILLIAM S. WONG
16  Assistant U.S. Attorney
    Attorney for Plaintiff
17

18                                         ORDER

19     The previously scheduled status conference hearing date of July 25, 2005 is vacated
20 and the matter set for further status conference on August 29, 2005 at 9:30 a.m.

21     Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(H)(8)(B)(iv)
22 and Local Code T4.

23     IT IS SO ORDERED.

24 Dated: July 22, 2005                     /s/ Frank C. Damrell Jr.

25                                         FRANK C. DAMRELL, JR.
                                           United States District Judge
26

27

28